82,430-01

To whom it may concern:

Hello, my name is SHANE JERMAINE MATTHEWS 1753901. I am writing to ask a question concerning my 1107 that I recently turned in. The question that I need answered is I filed a writ of Mandamus and on 1/14/2015 it was denied without written order motion for leave to file the original application. But on the same day The Court of Criminal Appeals of Texas filed an order to my convicting court (Jasper County) ordering them to get a ~~Affidavit~~ Affidavit from my Attorney, and answer some question concerning my Allegations. Now since the Mandamus was denied do the convicting court still have to answer or abide by the order? My second question is is there anyway that I can borrow my state's brief in my direct Appeal? I never recieved one in my transcripts. I will return it soon as possible.

Sincerly

Shane Matthews
1753901

RECEIVED IN
COURT OF CRIMINAL APPEALS

FEB 25 2015

Abel Acosta, Clerk